```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                 CRIMINAL DOCKET PARTY INFORMATION FOR CASE F05-0032--CR (TWH)
                                   "USA V RALPH D. DANFORD"
                                   DEF 1.1 DANFORD, RALPH D.

                 Including terminated defendants, excluding terminated counsel


      Presiding Judge:  The Honorable Terrance W. Hall, U.S. Magistrate Judge
      Magistrate Judge:
                Filed: 08/24/05
               Closed: NO
  No. of Defendants: 1
     MJ Case Number:
                  AKA:
      Location status: Released on Own Recognizance
           Trial date: 12/02/05
           Terminated: NO
  Needs interpreter: NO
  Counsel of record: Mary Jane Haden
                     Federal Public Defender
                     550 W. 7th Avenue, Suite 1600
                     Anchorage, AK 99501
                     907-646-3400
                     FAX 907-646-3480
                     Serve: YES
                      Type: Not specified
                      Role: Pretrial/Trial

                     Ralph Danford
                     Pro Per
                     2221 Muldoon, #561
                     Anchorage, AK 99504
                     Serve: YES
                      Type: Not specified
                      Role: Pretrial/Trial


  PLF 1.1 UNITED STATES OF AMERICA

  Counsel of record: Robert J. Warren
                     Special U.S. Attorney
                     Post Office Box 31269
                     Ft. Greeley, AK 99731
                     907-873-0420
                     FAX 907-873-4055
                     Serve: YES
                      Type: Not specified
                      Role: Pretrial/Trial



  Counts re: DEF 1.1 DANFORD, RALPH D.

  Document           Count    Citation and Description                              Disposition

     1 -   1 INF       1      18:13-7220 DRIVING A MOTOR VEHICLE WHILE DRIVER'S      Pending
                              LICENSE, PRIVILEGE TO DRIVE OR PRIVILEGE TO OBTAIN
                              A LICENSE HAS BEEN CANCELED, SUSPENDED, OR REVOKED
                              (M)
```

```
           UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
              CRIMINAL DOCKET ENTRIES FOR CASE F05-0032--CR (TWH)
                           "USA V RALPH D. DANFORD"

                              For all filing dates
```

Presiding Judge:  The Honorable Terrance W. Hall, U.S. Magistrate Judge
Magistrate Judge:
            Filed: 08/24/05
           Closed: NO
No. of Defendants: 1

| Document # | Filed | Docket text |
|---|---|---|
| 1 - 1 | 08/24/05 | [Re: DEF 1] PLF 1 Information. |
| NOTE - 1 | 09/15/05 | Issued: Summons. |
| 2 - 1 | 09/15/05 | [Re: DEF 1] TWH Minute Order setting arraignment for October 14, 2005 at 9:00 a.m. in Fairbanks.  cc: USA; USM; USPO; FPD; Def (via USM). |
| 3 - 1 | 09/22/05 | Return of Summons executed by USM on 9-22-05. |
| 4 - 1 | 10/11/05 | DEF 1 Unopposed motion on shortened time to allow defendant to appear telephonically for arraignment. |
| 5 - 1 | 10/12/05 | [Re: DEF 1] TWH Order granting motion Unopposed motion on shortened time to allow defendant to appear (4-1). |
| 6 - 1 | 10/19/05 | [Re: DEF 1] Order setting conditions of release cc: USA, USM, USPO, MJ Hall, FPD. |
| 7 - 1 | 10/19/05 | [Re: DEF 1] TWH Order regarding preparation for trial discovery due 10/24/05, pretrial motions due 11/03/05 cc: USA, Haden, USM, USPO, MJ Hall. |
| 8 - 1 | 10/19/05 | [Re: DEF 1] TWH Court Minutes [ECR: Carolyn Bollman] arraignment held 10/14/05, not guilty plea to count 1, FPD accepted appointment, proposed trial date 12/02/05 cc: USA, Haden, USM, USPO, MJ Hall. |
| 9 - 1 | 10/24/05 | [Re: DEF 1] TWH Minute Order TBJ set for DEC 2,2005 is vacated and reset for jury selection on Nov 30,2005 at 9:00 a.m. in conjunction with jury selection in the matter of USA v VALLEY. Upon completion of jury selection, trial in USA v VALLEY will begin with the trial in USA v DANFORD to trail cc: USA, cnsl, USM, USPO, MJ HALL. |
| 10 - 1 | 10/31/05 | [Re: DEF 1] TWH Minute Order setting trial by jury for 11/30/05 at 9:00 a.m. in Fairbanks and Final PT Conf for 11/23/05 at 10:00 a.m. Defendant must be present at FPTC. Voir dire and proposed jury questions by NLT 11/18/05.  cc: USA; USM; USPO; MJ Haden; jury clerk; MJ Hall. |
| 11 - 1 | 11/14/05 | [Re: DEF 1] PLF 1 Response to Order report of conference, discovery is complete and there are no outstanding discovery issues. |
| 12 - 1 | 11/16/05 | DEF 1 Unopposed motion on shortened time for a two week continuance. |
| 13 - 1 | 11/17/05 | [Re: DEF 1] TWH Order granting unopposed motion on shortened time for a two week continuance to begin 12/14/05 at 9:00 a.m. (12-1). cc: Warren, Haden FPO, USM |
| 14 - 1 | 11/28/05 | [Re: DEF 1] TWH Minute Order vacating FPTC 11/23/05 and resetting for 12/09/05 at 9:00 a.m. cc: Warren, Haden, FPO, USM |

```
                 UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                   CRIMINAL DOCKET ENTRIES FOR CASE F05-0032--CR (TWH)
                                "USA V RALPH D. DANFORD"

                                    For all filing dates
```

| Document # | Filed | Docket text |
|---|---|---|
| 15 - 1 | 11/29/05 | DEF 1 Notice of Intent to change plea. |
| 15 - 2 | 11/29/05 | DEF 1 Unopposed motion(request) for combined change of plea/sentencing hearing. |