**FILED**

DEC 1 2005

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

By _____ 16 _____ Deputy

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA   v.   RALPH DANIEL DANFORD

THE HONORABLE TERRANCE W. HALL

DEPUTY CLERK                     CASE NO. F05-0032CR(TWH)

CAROLYN BOLLMAN

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**   DATE: December 1, 2005

Defendant Ralph Daniel DANFORD has filed a Notice of Intent to Change Plea at Docket 15.

Defendant's request to schedule a Change of Plea hearing is GRANTED. Trial by Jury scheduled for December 14, 2005 is vacated. If Ms. Haden is able to contact her client, a Proposed Change of Plea /Imposition of Sentence is set for Friday December 2, 2005 at 9:30 a.m. Mr. Warren and Mr. DANFORD may appear telephonically by calling Meet-Me-Bridge B at (907)677-6247.

If Mr. Danford cannot be contacted, counsel will appear at the date and time above for a scheduling conference.

F05-0032--CR (TWH)
-----------------------------
M. HADEN (FPD)
R. WARREN  He/fax  12.1.05
US MARSHAL

US PROBATION
MAGISTRATE JUDGE HALL

[] (APD-Rev.12/96)

16