TIMOTHY M. BURGESS
United States Attorney

ROBERT J. WARREN
Special Assistant U.S. Attorney
Headquarters, United States Army Garrison, Fort Greely
P.O. Box 31269
Fort Greely, Alaska 99731
Telephone: (907) 873-0420
Fax:(907) 873-4055

Attorneys for The United States of America

FILED
US DISTRICT COURT
DISTRICT OF ALASKA

2005 DEC -2  9: 10

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA | Case Number: F05-0032CR (TWH) |
|---|---|
| v. | **COUNT ONE**<br>License To Be Carried and Exhibited on Demand<br><br>Violation of AS 28.15.131 and 18 U.S.C. 13 |
| RALPH DANIEL DANFORD,<br><br>Defendant | **SUPERSEDING INFORMATION** |

THE UNITED STATES ATTORNEY CHARGES:

### COUNT ONE

That on or about the 28th day of May, 2005, at Fort Greely, Alaska, a military reservation in the District of Alaska, acquired for the use of the United States and under the concurrent jurisdiction thereof, the defendant, RALPH DANIEL DANFORD, did, while driving a motor vehicle, fail to have his driver's license in immediate possession at all times when driving a motor vehicle, and did fail to present his license for inspection upon the demand of a peace

17