MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

FILED
DEC 9 2005
UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By _____ Deputy

U.S.A. vs RALPH DANIEL DANFORD   CASE NO. F05-0032 CR (TWH)
Defendant: X Present (TELEPHONIC)

BEFORE THE HONORABLE   TERRANCE W. HALL

DEPUTY CLERK/RECORDER:   MISTY DAVENPORT

UNITED STATES ATTORNEY:   ROBERT WARREN

DEFENDANT'S ATTORNEY:   M.J. HADEN

U.S.P.O.:   MARCI LUNDGREN

PROCEEDINGS: CHANGE OF PLEA - Held: 12/09/05
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Convened at 9:01 a.m.

X Defendant sworn.

X Defendant advised of general rights.

X Defendant advised of charges and penalties.

X Defendant states true name: RALPH DANIEL DANFORD

X Defendant changed plea(s) to guilty on Count 1 of information.

X Court accepted plea(s).

X OTHER: Defendant must pay fine of $50.00, to be paid in full by 01/01/2006. Judge Hall stated that it is fine that defendant pay the fine at the Anchorage Clerk's Office.

Adjourned at 9:09 a.m.

DATE: 12/09/05   DEPUTY CLERK'S INITIALS: MLD

F05-0032--CR (TWH)   US PROBATION
M. HADEN (FPD)
R. WARREN
US MARSHAL

19